443 F.2d 66
 In re John B. TARLTON, Jr., Appellant.
 No. 71-1140 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 May 25, 1971.
 
 Appeal from the United States District Court for the Northern District of Georgia; Sidney O. Smith, Jr., Judge.
 John B. Tarlton, Jr., pro se.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966